Counsel for the petitioner strenuously argues that a different cause of action is now presented. But a cause of action is simply a legal right of action. *Anderson* v. *Wetter*, 103 Maine, 266. Obviously the petitioner relies upon the same right of action now as at the first hearing.

The issue too is the same. It is whether the petitioner's case is included in "the following schedule," (Compensation Act, Section 16) and whether after the specified period of presumed total disability his incapacity continued. Section 16. It is not questioned that the subject matter and the parties are the same. A judgment whether right or wrong cannot by a party to it be collaterally impeached. Appeal sustained. Decree reversed. *C. L. & P. E. Donahue*, for plaintiff. *Robert Payson*, for defendants.

---

UTTERBACK-GLEASON COMPANY *vs.* ADDIE L. MITCHELL.

Penobscot County. Opinion April 25, 1924. On the merits of the case it is the opinion of the court that the entry should be, Motion overruled. *Charles P. Conners*, for plaintiff. *Howard M. Cook*, for defendant.